| PROB 22 (Rev. 1/24) | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 23CR00957-001-JLS |
| | DOCKET NUMBER (Rec. Court) |
| | 2:25-cr-00048-CDS-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| William Jay Houx<br>District of Nevada | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | Janis L. Sammartino<br>U.S. District Judge | |
| | DATES OF | FROM | TO |
| | Supervised Release | 05/24/2024 | 05/23/2027 |

**OFFENSE**

8 U.S.C. § 1324(a)(2)(B)(iii), Bringing in Aliens without Authorization, a Class C felony.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Houx has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

02/19/2025
Date

*(signature)*
Janis L. Sammartino
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

03/13/2025
Effective Date

*(signature)*
Cristina D. Silva, United States District Judge

rjm8510783